UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R. TODD NEILSON, etc.

v.                                                            CASE NO: 8:05-MC-51-T-30TGW

JOSEPH CHARNY, et al.

and

AMSOUTH BANK, Garnishee.
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Motion for Payment of Garnishee Attorneys' Fees and Order (Dkt. #11).  The Court hereby refers the Motion to Magistrate Judge Thomas Wilson for disposition of same.  The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Thomas Wilson
Counsel/Parties of Record

S:\PDF TEMP FILE\05-mc-51.referral.wpd