UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa Division

| | |
|---|---|
| R. TODD NEILSON, trustee of the Estate of Reed Slatkin and Substantively Consolidated Affiliates Topsight Oregon, Inc., and the Reed Slatkin Investment Club, LP Liquidating Trust, successor in interest to the bankruptcy estate of Reed E. Slatkin and substantively consolidated affiliates Topsight Oregon, Inc., and Reed Slatkin Investment Club, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH CHARNY, <br><br> Defendant. _____ / | CASE NO. 8:05-mc-00051-JSM-TGW |

## ORDER COMMENCING PROCEEDING SUPPLEMENTARY

This cause came before the court upon the motion by the judgment creditor, R. Todd Neilson, as trustee of the Estate of Reed Slatkin., to commence a proceeding supplementary to execution and to implead a third party. Upon consideration of the motion, the pleadings on file and being further advised in the premises, the court:

CASE NO. 8:05-mc-00051-JSM-TGW

1. Finds that the judgment creditor, R. Todd Neilson, as trustee of the Estate of Reed Slatkin, is entitled to the commencement of proceedings supplementary in accordance with Section 56.29, Florida Statutes.

2. Impleads The Andron Land Trust, a/k/a The Adron Land Trust as an impleader defendant to the proceeding supplementary to execution. The Andron Land Trust, a/k/a The Adron Land Trust shall file a response to this proceeding within twenty (20) days following service of this order upon it, by and through its trustee, The Trustee Company, which may be served with a copy of the order in accordance with Florida law.

**ORDERED** in the Middle District of Florida on 4 Jan., 2005.

United States District Judge

Copy furnished to:
Miller, Hamilton, Snider & Odom, L.L.C.